IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EQUISOLAR INTERNATIONAL, INC., ) | CASE NO. 3:10-cv-00018 |
| ) | |
| Plaintiff, ) | JUDGE JACK ZOUHARY |
| ) | |
| v. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| WILLARD & KELSEY SOLAR GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

Plaintiff EquiSolar International, Inc. and Defendant Willard & Kelsey Solar Group, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims against each other, **with prejudice**, in the above-captioned matter with each party bearing its own costs.

Respectfully submitted,                                       Respectfully submitted,


/s/ Kent Spriggs                                                    /s/ Michael C. Brink
Kent Spriggs (FL Reg. # 0106011)                     Hugh M. Stanley, Jr. (0013065)
Spriggs Law Firm                                                Michael C. Brink (0076547)
2007 W. Randolph Cir.                                        Tucker Ellis & West LLP
723 Oak Street                                                     1150 Huntington Building
Tallahassee, FL 32308                                         925 Euclid Avenue
Ph: 850-224-8700                                                 Cleveland, Ohio 44115-1414
kspriggs@spriggslawfirm.com                         Ph: 216-592-5000
                                                                             Fax: 216-592-5009
and                                                                       hugh.stanley@tuckerellis.com
                                                                             michael.brink@tuckerellis.com
Frederick M. Gittes (0031444)
The Gittes Law Group                                       *Attorneys for Defendant*
723 Oak Street                                                     *Willard & Kelsey Solar Group, LLC*
Columbus, Ohio 43205
Ph: 614-222-4735
Fax: 614-221-9655
fgittes@gitteslaw.com

*Attorneys for Plaintiff*
*EquiSolar International, Inc.*